**DURFEY, et al., Plaintiffs,**

v.

**UNITED STATES SEC'Y OF AGRICULTURE, Defendant.**

Slip Op. 08–91.
Court No. 06–00316.

United States Court of International Trade.

Sept. 3, 2008.

### *JUDGMENT*

DONALD C. POGUE, Judge.

Upon consideration of Defendant's Second Redetermination on Remand and Plaintiffs' Comments on the Second Redetermination on Remand, it is hereby

ORDERED that Defendant's Second Redetermination on Remand, concluding

---

that Plaintiffs qualify for Trade Adjustment Assistance cash benefits in the amount of $9,093.80, is affirmed; and it is further

ORDERED that Defendant direct payment to Plaintiffs in the amount of $9,093.80.